NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AIMEE KOLZE,**
*Petitioner,*

v.

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2012-3163

---

Petition for review of an arbitrator's decision in case no. BW-2011-R-0017 by Joshua M. Javits.

---

**ON MOTION**

---

Before DYK, *Circuit Judge.*

**ORDER**

Aimee Kolze moves to remand for clarification of the arbitrator's decision. The Social Security Administration opposes.

We deem it the better course to deny the motion and for Kolze to present any arguments for remand in her brief.

AIMEE KOLZE V. SOCIAL SECURITY ADMINISTRATION                    2

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

SEP 2 8 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Richard R. Klein, Esq.
    Jane C. Dempsey, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 8 2012

JAN HORBALY
CLERK